IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEVEN CHRISTOPHER FELDMANN,

                                          ORDER

             Petitioner,

                                          08-cv-240-bbc

     v.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

             Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered in this case on April 30, 2008, I told petitioner that before I could consider his request to proceed in forma pauperis he would have to submit a trust fund account statement covering the six-month period preceding the filing of his complaint so that I could calculate the amount he will have to prepay toward the $350 filing fee. Petitioner has submitted the requested statement. From the statement, I conclude that petitioner is able to prepay $25.95. He will qualify for indigent status for the remainder of the $350 filing fee.

1

ORDER

    IT IS ORDERED that on or before June 4, 2008, petitioner is to submit a check or money order made payable to the clerk of court in the amount of $25.95. If, by June 4, 2008, petitioner fails to make the payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to petitioner's filing his case at a later date.

    Entered this 15th day of May, 2008.

                            BY THE COURT:

                            /s/
                        _____
                        BARBARA B. CRABB
                        District Judge