# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

STEVEN CHRISTOPHER FELDMANN ,

    Petitioner,

v.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-240-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin
**by Deputy Clerk**

____6/2/08_____
Date